1  JOHN BALAZS, Bar #157287
   Attorney At Law
2  916 2nd Street, Suite F
   Sacramento, California 95814
3  Telephone: (916) 447-9299
   John@Balazslaw.com
4
   Attorney for Defendant
5  GARY ERMOIAN

6

7

8             IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

12 | UNITED STATES OF AMERICA, ) No. CR-F 08-224-OWW

13 |           Plaintiff, ) STIPULATION AND ORDER

14 |     v. )

15 |                            ) Date: June 17, 2009

GARY L. ERMOIAN, ) Time: 12:00 p.m.

16 |           Defendant. ) Hon. Oliver W. Wanger

17 | _____ )

18

19      Defendant Gary L. Ermoian, through counsel, and the United States, through its

20 counsel, hereby stipulate and request that the Court continue the due date for defendant

21 Ermoian's reply brief to his motion to dismiss count 17 from May 27, 2009 to June 3,

22 2009. The hearing on the motion shall remain as scheduled on June 17, 2009. This

23 request is made to provide defense counsel additional time to prepare the response due to

24 substantial unanticipated work in the last week.

25

26 ///

27 ///

28 ///

Time remains excluded under the Speed Trial Act through the June 17, 2009 hearing date for the pendency of motions and defense preparation.

Dated: May 26, 2009

Respectfully submitted,

/s/ John Balazs
JOHN BALAZS

Attorney for Defendant
GARY ERMOIAN

Dated: May 26, 2009

LAWRENCE BROWN
Acting U.S. Attorney

By:

Mark Cullers
MARK CULLERS
Assistant U.S. Attorney

**ORDER**

IT IS SO ORDERED.

**Dated:   May 26, 2009**          /s/ Oliver W. Wanger
UNITED STATES DISTRICT JUDGE