JOHN BALAZS, Bar #157287
Attorney At Law
916 2nd Street, Suite F
Sacramento, California 95814
Telephone: (916) 447-9299
John@Balazslaw.com

Attorney For Defendant
GARY ERMOIAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-F 08-224-OWW |
| Plaintiff, | STIPULATION AND ORDER RE: ONLY DEFENDANT GARY ERMOIAN'S MOTION TO DISMISS COUNT 16 OF THE SECOND SUPERSEDING INDICTMENT |
| v. | |
| GARY ERMOIAN, et. al., | Hearing Date:<br>Date:  October 19, 2009<br>Time:  9:00 a.m.<br>Hon. Oliver W. Wanger |
| Defendants. | |

   Defendant Gary Ermoian, through counsel, and the United States, through its counsel, hereby stipulate and request that the Court continue the hearing <u>only</u> on defendant Ermoian's motion to dismiss count 16 of the Second Superseding Indictment (formerly count 17 of the First Superseding Indictment) from October 5, 2009, at 2:30 p.m. to **October 19, 2009, at 9:00 a.m.**  All other motions scheduled to be heard in this case on October 5, 2009, at 2:30 p.m. would remain on that date and time.

   On April 13, 2009, defendant Ermoian filed a motion to dismiss count 16 of the Second Superseding Indictment (which was count 17 of the First Superseding Indictment at the time the motion was filed)--the sole charge against him--on a variety of constitutional and statutory grounds.  Pleadings filed by both parties include a number of

supporting documents and declarations. This is the only dispositive motion counsel for Ermoian has filed.

Counsel for Ermoian requests this stipulation because his client strongly desires to attend the hearing on the motion to dismiss the only charge against him and he has a pre-planned, out-of-town trip from October 3-5, 2009. Ermoian is released O/R. Ermoian's counsel has filed additional discovery motions that are relevant to all defendants and counsel will attend the October 5, 2009 motions hearing to argue those motions. Assistant U.S. Attorney Mark E. Cullers concurs with this request.

Respectfully submitted,

Dated: September 29, 2009

/s/ John Balazs
John Balazs

Attorney for Defendant
Gary Ermoian

LAWRENCE G. BROWN
Acting U.S. Attorney

Dated: September 8, 2009

By:  /s/ Mark E. Cullers
MARK E. CULLERS
Assistant U.S. Attorney

## ORDER

IT IS SO ORDERED. The hearing only on defendant Gary Ermoian's motion to dismiss count 16 of the Second Superseding indictment is continued to October 19, 2009, at 9 a.m. The hearing on all other motions scheduled to be heard on October 5, 2009, at 2:30 p.m. remain for hearing on that date and time.

IT IS SO ORDERED.

**Dated:   September 29, 2009**             /s/ Oliver W. Wanger
UNITED STATES DISTRICT JUDGE