JOHN BALAZS, Bar #157287
Attorney At Law
916 2nd Street, Suite F
Sacramento, California 95814
Telephone: (916) 447-9299
John@Balazslaw.com

Attorney for Defendant
GARY ERMOIAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-F 08-224-OWW |
| ) | |
| Plaintiff, ) | ORDER RE:  DEFENDANT GARY ERMOIAN'S MOTION FOR EXCULPATORY AND IMPEACHMENT MATERIALS IN THE PERSONNEL FILES OF GOVERNMENT AGENTS |
| v. ) | |
| ) | |
| ROBERT HOLLOWAY, et. al., ) | |
| ) | Hon. Oliver W. Wanger |
| Defendants. ) | |
| _____ ) | |

At a hearing on October 5, 2009, the Court heard, among other motions, defendant Gary Ermoian's motion for exculpatory and impeachment material in the personnel files of government agents, which was filed May 20, 2009.  Assistant U.S. Attorneys Mark E. Cullers and Laurel J. Montoya appeared for the government and John Balazs, Esq., appeared for Mr. Ermoian.  Other defense counsel joined in the motion.

After hearing argument of counsel, IT IS HEREBY ORDERED that defendant's motion is granted as follows:

1. Within 20 days of the hearing of this motion unless the government has already done so, the government shall conduct a review of the personnel files of all government agents whom it has called as witnesses at any evidentiary hearing in this case or whom it intends to call as witnesses at any future evidentiary hearing or trial in this case.   This

1 would include the following witnesses who have already testified at various hearings in
2 this case: (1) FBI agent Nathan Elias Terry Seese and Stanislaus County District
3 Attorney investigator Kirk Bunch (bail hearing witnesses); and (2) ATF agent Dennis
4 Downs, ATF agent Michael Gleysteen, ATF agent Christopher Bort, Modesto Police
5 Department Detective Terry Seese, and Stanislaus District Attorney Investigator Mark
6 Smith ("Cefalu" motion hearing witnesses). The government's review shall include
7 agents' federal personnel file and, where applicable, their local agency personnel files.

8     2. By November 1, 2009, the government shall provide to defense counsel or make
9 available to the Court for further review, any exculpatory or impeachment material in its
10 government agent witnesses' personnel files pursuant to its obligations under <u>United
11 States v. Henthorn</u>, 931 F.2d 29 (9th Cir. 1991).

12                            IT IS SO ORDERED.

13 **Dated:   October 9, 2009**         /s/ **Oliver W. Wanger**
                                                UNITED STATES DISTRICT JUDGE