JOHN BALAZS, Bar #157287
Attorney At Law
916 2nd Street, Suite F
Sacramento, California 95814
Telephone: (916) 447-9299
John@Balazslaw.com

Attorney for Defendant
GARY ERMOIAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-F 08-224-OWW |
| ) | |
| Plaintiff, ) | ORDER RE: DEFENDANT GARY ERMOIAN'S MOTION FOR |
| ) | MINISTERIAL GRAND JURY |
| v. ) | RECORDS |
| ) | |
| ROBERT HOLLOWAY, et. al., ) | |
| ) | |
| Defendants. ) | Hon. Oliver W. Wanger |
| _____ ) | |

At a hearing on October 5, 2009, the Court heard, among other motions, defendant Gary Ermoian's motion for ministerial grand jury records, which was filed April 13, 2009. Assistant U.S. Attorneys Mark E. Cullers and Laurel J. Montoya appeared for the government and John Balazs, Esq., appeared for Mr. Ermoian. Other defense counsel joined in the motion.

After hearing argument of counsel, IT IS HEREBY ORDERED that defendant's motion is granted in part and denied in part as follows:

1. Without objection by the government, defendant's requests for disclosure numbers 1, 2, 3, and 4 are granted. The government shall produce any records in its possession within 21 days of this order with a continuing obligation to produce such records if they are later discovered and the Clerk of the Court is directed to provide copies

of such records held by the court to defendant's counsel John Balazs; and

    2.  Defendant's requests for disclosure numbers 5, 6, and 7 are denied without prejudice to renewal with additional authorities and/or specification as to the records requested.

                                  IT IS SO ORDERED.

**Dated:   October 9, 2009**             /s/ Oliver W. Wanger  
                                                       UNITED STATES DISTRICT JUDGE