JOHN BALAZS, Bar #157287
Attorney At Law
916 2nd Street, Suite F
Sacramento, California 95814
Telephone: (916) 447-9299
John@Balazslaw.com

Attorney For Defendant
GARY ERMOIAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> GARY ERMOIAN, et. al., <br><br> Defendants. <br> _____ | No. CR-F 08-224-OWW <br><br> STIPULATION AND ORDER FOR TEMPORARY RELEASE OF PASSPORT <br><br> Hon. Oliver W. Wanger |

    Defendant Gary Ermoian, through counsel John Balazs, and the United States, through its counsel Mark Cullers, hereby stipulate that Mr. Ermoian's passport be temporarily released to him from April 19, 2010 to May 14, 2010 so that he may go on a vacation cruise.

    On December 4, 2008, Mr. Ermoian made an initial appearance and was ordered released O/R.  His conditions of release do not include any travel restrictions, but require that he surrender his U.S. passport, which he did.  U.S. Pretrial Services Officer Lydia Serrano confirmed to Mr. Ermoian's counsel that Mr. Ermoian is not on any pretrial services supervision.

    Mr. Ermoian hereby requests that the conditions of his release be modified so that his passport may be temporary released to him for the period April 19, 2010 to May 14,

2010. The reason for this request is that Mr. Ermoian desires to take a vacation cruise from April 25, 2010 through May 9, 2010, which requires a passport. Release of his passport for the requested period will permit Mr. Ermoian to go on this cruise with sufficient time for him to pick up and return his passport to the clerk's office.

Assistant U.S. Attorney Mark Cullers agrees that Mr. Ermoian's conditions of release may be modified to permit the temporary release of Mr. Ermoian's passport as set forth above.

Respectfully submitted,

Dated: February 4, 2010

/s/ John Balazs
John Balazs

Attorney for Defendant
Gary Ermoian

BENJAMIN B. WAGNER
Acting U.S. Attorney

Dated: February 4, 2010

By: /s/ Mark E. Cullers
MARK E. CULLERS
Assistant U.S. Attorney

ORDER

IT IS SO ORDERED. Defendant Gary Ermoian's conditions of release are modified as follows: The Clerk's Office shall release Mr. Ermoian's U.S. Passport to him on April 19, 2010, or as soon thereafter as Mr. Ermoian appears at the Clerk's Office to pick it up. Mr. Ermoian shall re-surrender his passport to the Clerk's Office on or before May 14, 2010. All other conditions of release shall remain the same.

IT IS SO ORDERED.

**Dated:   February 4, 2010**             /s/ Oliver W. Wanger
UNITED STATES DISTRICT JUDGE