JOHN BALAZS, Bar #157287
Attorney At Law
916 2nd Street, Suite F
Sacramento, California 95814
Telephone: (916) 447-9299
John@Balazslaw.com

Attorney for Defendant
GARY ERMOIAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-F 08-224-OWW |
| Plaintiff, ) | ORDER RE SEALING OF EXHIBIT A TO DEFENDANT ERMOIAN'S REPLY TO MOTION TO SUPPRESS WIRETAP INTERCEPTED CALLS |
| v. ) | |
| GARY L. ERMOIAN, ) | |
| Defendant. ) | Date: June 14, 2010 |
| _____ ) | Time: 2:30 p.m. |
| | Hon. Oliver W. Wanger |

For the reasons set forth in defendant Gary Ermoian's request to seal documents and pursuant to the Court's protective order filed July 25, 2008 in case no. 07-SW-165-OWW, the Court hereby orders sealed defendant's Exhibit A to his reply brief to the government's opposition to his motion to suppress attorney-client privileged calls (docket entry 476).

DATED:  June 11, 2010

                                                 /s/ OLIVER W. WANGER
                                                 Hon. Oliver W. Wanger
                                                 U.S. District Judge