JOHN BALAZS, Bar #157287
Attorney At Law
916 2nd Street, Suite F
Sacramento, California 95814
Telephone: (916) 447-9299
John@Balazslaw.com

Attorney for Defendant
GARY ERMOIAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-F 08-224-OWW |
| Plaintiff, | ORDER RE SEALING OF *AMENDED* EXHIBIT A TO DEFENDANT ERMOIAN'S REPLY TO MOTION TO SUPPRESS WIRETAP INTERCEPTED CALLS |
| v. | |
| GARY L. ERMOIAN, | |
| Defendant. | Date: June 14, 2010<br>Time: 2:30 p.m.<br>Hon. Oliver W. Wanger |

For the reasons set forth in defendant Gary Ermoian's request to seal documents filed July 11, 2010 and pursuant to the Court's protective order filed July 25, 2008 in case no. 07-SW-165-OWW, the Court hereby orders sealed defendant's *Amended* Exhibit A to his reply brief to the government's opposition to his motion to suppress attorney-client privileged calls (docket entry 476).

DATED: July 12, 2010

/s/ OLIVER W. WANGER
UNITED STATES DISTRICT COURT