JOHN BALAZS, Bar #157287  
Attorney At Law  
916 2nd Street, Suite F  
Sacramento, California 95814  
Telephone: (916) 447-9299  
John@Balazslaw.com  

Attorney for Defendant  
GARY ERMOIAN  

IN THE UNITED STATES DISTRICT COURT  

FOR THE EASTERN DISTRICT OF CALIFORNIA  

| UNITED STATES OF AMERICA, | ) No. 1:08-cr-00224-OWW |
|---|---|
| Plaintiff, | ) |
| | ) ORDER RE: DEFENDANT'S MOTION |
| v. | ) FOR RELEASE PENDING APPEAL |
| | ) |
| GARY ERMOIAN, et. al., | ) |
| | ) |
| Defendants. | ) Hon. Oliver W. Wanger |
| _____ | ) |

On February 28, 2011, the Court held a hearing on, among other things, defendant Gary L. Ermoian's motion for release pending appeal. Assistant U.S. Attorney Mark Cullers appeared for the government and attorney John Balazs appeared for defendant Ermoian.

After reviewing the parties' briefs and hearing from the parties, the Court finds by clear and convincing evidence that the defendant is neither a flight risk nor a danger to any other person or the community. Mr. Ermoian has been released O/R since his initial appearance on December 2, 2008 without incident. For the reasons set forth in defendant's motion for release pending appeal and post-trial motions, the Court also finds that defendant's appeal is not for the purpose of delay and raises a substantial question of law or fact that is could result in a reversal or order for new trial if the appeal is successful. 18 U.S.C. § 3143(b).

1  For these reasons, the Court grants defendant's motion for release pending appeal on the same conditions under which he has been released pending trial and sentencing.

IT IS SO ORDERED.

**Dated:   March 4, 2011**              **/s/ Oliver W. Wanger**
                                        UNITED STATES DISTRICT JUDGE