JOHN BALAZS, Bar #157287
Attorney At Law
916 2nd Street, Suite F
Sacramento, California 95814
Telephone: (916) 447-9299
John@Balazslaw.com

Attorney For Defendant
GARY ERMOIAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-F 08-224-LJO |
| Plaintiff, | STIPULATION AND ORDER TO UNSEAL AMENDED EXHIBIT A TO DEFENDANT GARY ERMOIAN'S REPLY BRIEF TO THE GOVERNMENT'S OPPOSITION TO HIS MOTION TO SUPPRESS ATTORNEY-CLIENT PRIVILEGED CALLS |
| v. | |
| GARY ERMOIAN, and STEPHEN JOHNSON, | |
| Defendants. | Hon. Lawrence J. O'Neill |

Defendant Gary Ermoian, through counsel, and the United States, through its counsel, hereby stipulate and request that the Court unseal defendant's Amended Exhibit A to his reply brief to the government's opposition to his motion to suppress attorney-client privileged calls (docket entry 476).

The exhibit consists of transcripts of 15 wiretap intercepted calls. The court had granted Ermoian's request to seal Amended Exhibit A in an order filed July 12, 2010 (document 515).

///

///

This stipulation and proposed order is to permit the parties to use and submit Amended Exhibit A on appeal.

Dated:  May 8, 2012

Respectfully submitted,

/s/ John Balazs
John Balazs

Attorney for Defendant
Gary Ermoian

Dated: May 8, 2012

BENJAMIN B. WAGNER
U.S. Attorney

By:   /s/ Mark E. Cullers
MARK E. CULLERS
Assistant U.S. Attorney

**ORDER**

IT IS SO ORDERED.

**Dated:   May 9, 2012**           /s/ Lawrence J. O'Neill
UNITED STATES DISTRICT JUDGE