JOHN BALAZS, Bar #157287
Attorney At Law
916 2nd Street, Suite F
Sacramento, California 95814
Telephone: (916) 447-9299
John@Balazslaw.com

Attorney For Defendant
GARY ERMOIAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-F 08-224 LJO |
| Plaintiff, ) | STIPULATION AND ORDER FOR RELEASE OF PASSPORT PENDING |
| v. ) | FURTHER PROCEEDINGS |
| GARY ERMOIAN, ) | |
| Defendant. ) | |

    Defendant Gary Ermoian, through counsel John Balazs, and the United States, through its counsel, Assistant U.S. Attorney Mark Cullers, hereby stipulate that Mr. Ermoian's passport be returned to him pending any further proceedings in this case.

    Mr. Ermoian has been released O/R since his initial appearance on December 4, 2008, based on an indictment charging him with one count of conspiracy to obstruct justice. His conditions of release do not include any travel restrictions, but require that he surrender his U.S. passport. He is not on pretrial services supervision.

    In 2010, the Court approved a stipulation for the temporary release of Mr. Ermoian's passport for vacation purposes. Document 393, filed 2/5/2010. Afterward, Mr. Ermoian returned his passport to the Clerk's Office as ordered. Document 414, filed 4/19/2010.

1    On February 28, 2011, the Court sentenced Mr. Ermoian to a 6-month term of
2 imprisonment and supervised release.  The Court also granted his motion for bail pending
3 appeal on the same O/R conditions of release.
4    On August 14, 2013, the Ninth Circuit Court of Appeals reversed Mr. Ermoian's
5 conviction for conspiracy to obstruct justice and remanded for entry of judgment of
6 acquittal.  *United States v. Ermoian*, No. 11-10124 (9th Cir. 2013).  That was his sole
7 count of conviction.  On August 28, 2013, the Ninth Circuit amended its opinion only to
8 provide for the re-sentencing of co-defendant Steven Johnson on other counts.  On August
9 28, 2013, the government also informed Mr. Ermoian's counsel that it will be filing a
10 motion for a 30-day extension of time for the potential filing of any petition for rehearing
11 and/or rehearing en banc.
12    Mr. Ermoian requests the return of his passport so that he can travel on vacation
13 outside the United States.  Given the Ninth Circuit's decision in Mr. Ermoian's favor, the
14 parties stipulate that Mr. Ermoian's passport be released to him pending any further
15 proceedings and final judgment in this case.  All other conditions of release are to remain
16 the same.

Respectfully submitted,

Dated:  August 28, 2013

/s/ John Balazs
John Balazs

Attorney for Defendant
Gary Ermoian

BENJAMIN B. WAGNER
U.S. Attorney

Dated:  August 28, 2013

By:  /s/ Mark E. Cullers
MARK E. CULLERS
Assistant U.S. Attorney

2

ORDER

IT IS SO ORDERED.  Defendant Gary Ermoian's conditions of release are modified as follows:   The Clerk's Office shall release Mr. Ermoian's U.S. Passport to him pending any further proceedings in this case.  All other conditions of release shall remain the same.

IT IS SO ORDERED.

**Dated:  August 28, 2013**              /s/  Lawrence J. O'Neill
                                        UNITED STATES DISTRICT JUDGE